# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140374 & (24)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TERENCE ALVIN JOHNSON,
       Defendant-Appellant.

SC: 140374
COA: 294492
Macomb CC: 2005-003139-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 17, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

s0920